

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Damon Wayne Beard,                    * From the 35th District Court
                                        of Brown County
                                        Trial Court No. CR25791.

Vs. No. 11-19-00264-CR                * April 23, 2020

The State of Texas,                   * Per Curiam Memorandum Opinion
                                        (Panel consists of: Bailey, C.J.,
                                        Stretcher, J., and Wright, S.C.J.,
                                        sitting by assignment)
                                        (Willson, J., not participating)

This court has considered Damon Wayne Beard's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.